UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 25-2376-GW-AJRx | Date | June 9, 2025 |
|---|---|---|---|
| Title | *Sam Benford v. Sara Enamorado Aguilar, et al.* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Javier Gonzalez | None Present | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS:** IN CHAMBERS - ORDER TO SHOW CAUSE RE SETTLEMENT

On June 6, 2025, Plaintiff Sam Benford filed a Notice of Settlement [19]. The Court vacates all currently set dates, with the expectation that a dismissal will be filed within 30 days. The Court sets an order to show re: settlement hearing for July 10, 2025 at 8:30 a.m. The hearing will be vacated provided a notice of dismissal is filed by noon on July 8, 2025.

Initials of Preparer   JG